1136 WESTON vs. PROBATE JUDGE (Kent), 69 M., 600.

To compel respondent to dismiss certain proceedings pending before him, under Act No. 293, Laws of 1887, for a re-count of the votes cast for Mayor of Grand Rapids.

Granted April 25, 1888.

Held, that the Act does not apply to a city, whose Common Council is charged with canvassing the votes, and given the exclusive right to determine the election and qualification of the officer whose election is sought to be contested.

1137 ANDREWS vs. PROBATE JUDGE (Otsego), 74 M., 278.

To compel respondent to continue certain proceedings pending before him, under Act. No. 293, Laws of 1887, for a re-count of the votes cast for prosecuting attorney of Otsego County.

Denied February 6, 1889, on the ground that the Act, while not in conflict with the constitution, is too defective to be carried into execution unless by common consent.

1138 NEWTON vs. BOARD OF CANVASSERS (Wayne), No. 13195½, 94 M., 455.

To compel respondent to grant relator a re-count of the ballots cast for associate justice of the Supreme Court.

Order to show cause denied December 24, 1892.

Held, that the application to the Board of County Canvassers for the re-count, under Act. No. 208, Laws of 1887, was not made in time.